# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 9, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

161796(59)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
            Plaintiff-Appellee,

v

BENJAMIN MICHAEL BENTZ,
            Defendant-Appellant.

SC: 161796
COA: 346529
Mason CC: 15-002928-FC

_____/

        On order of the Chief Justice, the motion of plaintiff-appellee to extend the time for filing its answer is GRANTED. The answer will be accepted as timely filed if submitted on or before September 21, 2020.



        I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

_____September 9, 2020_____

                                                                    Clerk